

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CRAIG D. LAWRENCE, SR., Ph.D.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **THE BOARD OF TRUSTEES OF** ) | **CIVIL ACTION NO:** |
| **LAWSON STATE COMMUNITY** ) | **2:16-CV-01885-AKK** |
| **COLLEGE; DR. PERRY W. WARD,** ) | |
| **President, in his official and individual** ) | |
| **capacities; and SHARON CREWS, vice** ) | |
| **President for Administrative Services, in** ) | |
| **her official and individual capacities;** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COME NOW** Lawson State Community College, Dr. Perry Ward and Sharon Crews ("Defendants") by and through counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure submit this Motion for Summary Judgment as to all of Plaintiff's claims herein and as grounds therefore would show unto the Court as follows:

Defendants move this Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, a Summary Judgment in Defendants' favor dismissing this action on the ground that there exists no genuine issue as to any material fact and that the Defendants are entitled to a judgment as a matter of law.  This Motion

is based upon the pleadings, Defendants' Brief in Support of Motion for Summary Judgment and exhibits thereto.

**WHEREFORE**, based on the foregoing, Defendants respectfully request this Court to enter a Summary Judgment in their favor dismissing all of the Plaintiff's claims in this cause.

**Respectfully submitted,**

 */s/ David M. O'Brien, Esq.*
David M. O'Brien, Esq. (OBR002)

OF COUNSEL:

**ALABAMA COMMUNITY COLLEGE SYSTEM**
Division of Legal
P.O. Box 302130
Montgomery, AL 36130
Phone (334) 293-4604
E-mail: david.obrien@accs.edu

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document has been filed electronically with the Clerk of the Court using the *CM/ECF* system which will send notification of such filing to the following counsel of record and has been served on counsel via email and by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this 30th day of November, 2017.

       John D. Saxon, Esq.
       Donna Smith Cude, Esq.
       John D. Saxon, P.C.
       2119 3rd Avenue North
       Birmingham, AL  35203

                   */s/ David M. O'Brien, Esq.*
                   David M. O'Brien, Esq.  (OBR002)